FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 JAN 14 PM 4: 22

DISTRICT OF UTAH

Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br>**Dale E Flinders**<br><br>SSN: XXX-XX-0868<br><br>Debtor(s). | Bankruptcy No. 08-21127 RKM |
|---|---|

### DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on August 31, 2009, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 1009 in the amount of $8.80 was sent to ECast Settlement Corporation. The check has not been deposited and over 90 days have passed from the date of issue. Therefore, the Trustee has issued a stop payment on the check and has deposited the funds with the U.S. Bankruptcy Court for the District of Utah on January 15, 2010.

DATED this 15th day of January, 2010.

Elizabeth Rose Loveridge
Chapter 7 Trustee

T\FlindersUnclaimedFunds.011510

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2010, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Dale E Flinders
319 East 600 South #3
Salt Lake City, UT 84111

John T. Evans
333 East 400 South
Suite 100
Salt Lake City, UT 84111

*/s/ Renee Christensen*

T:\FlindersUnclaimedFunds.011510

2